```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 34355
   JUAN A RAMIREZ
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-8084
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/16/04 and confirmed on 12/14/04.

   2.  The case was dismissed after confirmation, 09/20/2007.

   3.  The Debtor paid a total of $  28478.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | 24807.09 | .00 | 24807.09 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| FASHION BUG | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1644.61 | .00 | 189.41 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2501.93 | .00 | 288.16 |
| SQUIRE VILLAGE | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | .00 | .00 | .00 |
| CHRISTINE R PIESIECKI | CO-COUNSEL | .00 | .00 | .00 |

        Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 24807.09 | .00 | 4146.54 | .00 | 28953.63 |
| PRINCIPAL PAID | 24807.09 | .00 | 477.57 | .00 | 25284.66 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 24807.09 | .00 | 477.57 | .00 | 25284.66 |

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   2410.00
and was paid $    400.00  direct and $   2010.00  through the plan.

The Trustee received $   1183.34 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 12/14/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE